Jorge Cruz RAMIREZ; Felicitas Lopez Zuniga, Petitioners,

v.

Alberto R. GONZALES, Attorney General, Respondent.

No. 05–74077.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 5, 2007.

Filed July 27, 2007.

Gordon T. Yang, Esq., Attorney at Law, Waipahu, HI, for Petitioners.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

District Director, Office of the District, Counsel Department of Homeland Security, Honolulu, HI, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Janice K. Redfern, Esq., DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: THOMPSON, BERZON, and TALLMAN, Circuit Judges.

MEMORANDUM *

We previously vacated submission of this petition for review pending the resolution of No. 04–72701, *Singh v. Gonzales.* In this case, as in *Singh,* the Board of Immigration Appeals relied on a transmittal sheet to establish that its decision was correctly mailed, without assessing the impact of declarations of non-receipt submitted with petitioners' motion to reopen. Accordingly, we remand for reconsideration of their motion. *See Singh,* 494 F.3d 1170, 2007 WL 2050954 (9th Cir.2007).

**PETITION FOR REVIEW GRANTED; REMANDED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.